# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CRIMINAL NO. 2:03-CR-41-DBH-04 |
| | ) | CIVIL NO. 2:13-CV-294-DBH |
| GEORGE WASHINGTON, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 6, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on 28 U.S.C. § 2255 Motion. The defendant filed his objection to the Recommended Decision on September 23, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion is **DISMISSED WITHOUT PREJUDICE** so that he may pursue a motion in the Court of Appeals for the First Circuit, pursuant to 18 U.S.C. § 2244(b)(3)(A), if he so chooses.

**SO ORDERED.**

**DATED THIS 15TH DAY OF OCTOBER, 2013**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**